U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*   (973) 645-2700
*Newark, NJ 07102*

April 5, 2011

*motion (Docket Entry 15) is moot and ~~moved~~ is dismissed*

SO ORDERED: *Peter M Sheridan*
DATED: 4/6/11

**Electronic Case Filing**

Honorable Peter G. Sheridan
United States District Judge
Clarkson S. Fisher Federal Building
   & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

        Re:  United States v. Lyndon Thomas
             Crim. No. 10-483

Dear Judge Sheridan:

        I write in brief response to defendant's motion for return of two cellular phones and a laptop computer, filed March 7, 2011. The Department of Homeland Security, Immigration and Customs Enforcement, has now agreed to return the foregoing property to defendant, and I have advised defense counsel of the procedures to be followed to take custody of the property. Hence, defendant's motion is moot.

        Thank you for your consideration of this matter.

                                Respectfully submitted,

                                PAUL J. FISHMAN
                                United States Attorney

                        **s:/Anthony J. Mahajan**

                                By: Anthony J. Mahajan
                                Assistant U.S. Attorney